<mark>JS-6</mark>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA FOAFOA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAKEWOOD MARKETPLACE LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 18-6238 PA (SKx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

　　　　Pursuant to the Court's May 2, 2019 Order granting the Motion for Summary Judgment filed by plaintiff Tina Foafoa ("Plaintiff"), it is hereby ORDERED, ADJUDGED, and DECREED that:

　　　　1.　　Judgment is entered in favor of Plaintiff and against defendants Lakewood Marketplace, LLC and KMS Foods, Inc. ("Defendants");

　　　　2.　　Defendants shall pay to Plaintiff $4,000 in statutory damages; and

　　　　3.　　Defendants are ordered to provide and maintain an accessible restroom at the Church's Chicken restaurant at the property located at or about 5610 Woodruff Avenue,

. . . .

. . . .

. . . .

Lakewood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: May 2, 2019

                                              Percy Anderson
                                    UNITED STATES DISTRICT JUDGE